# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### 1st amended plan

DEBTOR: Arpad Butka  JOINT DEBTOR: Caridad Butka  CASE NO.: 15-23098-AJC
Last Four Digits of SS# 9268  Last Four Digits of SS# 8889

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 92.60 for months 1 to 36; in order to pay the following creditors:

<u>Administrative</u>: Attorney's Fee - $ 3650 TOTAL PAID $ 1000  Balance Due $ 2650
payable $ 73.61/month (Months 1 to 36)

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None
Address:
Account No:

Arrearage on Petition Date $
Arrears Payment $____/month (Months ____ to ____)
Regular Payment $____/month (Months ____ to ____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____ To ____ | |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]

1. None  Total Due $____
Payable $____/month (Months ____ to ____) Regular Payment $____

<u>Unsecured Creditors</u>: Pay $ 9.73/month (Months 1 to 36).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditors Financial Freedom and Nissan Motor Acceptance Corporation and will continue to pay said creditors directly outside the chapter 13 plan. Debtor surrenders and abandons the 2015 Mazda M5 Pass van Sport that is secured by creditor Ally Financial. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor  Joint Debtor
Date: 10-5-15  Date: 10-5-15

LF-31 (rev. 01/08/10)