UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Arpad Butka                                         Case No. 15-23098-AJC
      Caridad Butka                                   Chapter 13
       Debtors_____/

**OBJECTION TO CLAIM**

**IMPORTANT NOTICE TO CREDITORS:
THIS IS AN OBJECTION TO YOUR CLAIM**

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

**If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service stated in this objection, explaining why your claim should be allowed as presently filed, and you must mail a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

**If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

**Any written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court:**

☐    301 North Miami Avenue, Room 150, Miami, FL 33128

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the debtors object to the following claim(s) filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| <u>24</u> | Internal Revenue Service xxxx-xx-8889 | $2001.84 | Creditor, Internal Revenue Service (hereinafter referred to as "Creditor") filed a proof of claim in the amount of $2,001.84 with a priority portion of $1,061.77 for the 2012 tax year and unsecured general claim of $940.07 for the 2011 tax year. Joint Debtor (xxxx8889) did not file income taxes for the 2011 and 2012 years since she solely |

LF-24 (rev. 02/15/05)

        earned social security income. Joint Debtor requests the claim be amended to reflect the proper liability, if any. In the alternative, the joint debtor requests the claim be stricken.

**I HEREBY CERTIFY** that a true copy of the foregoing was mailed this 17th day of December, 2015 to:

Internal Revenue Service
Attn PRISCILLA R. BOYD, Bankruptcy Sp.
7850 SW 6th Court, M/S 5730,
Plantation, FL 33324-2032;

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Honorable Eric Holder, Attorney General of the United States,
Department of Justice, Room 4400,
950 Pennsylvania Avenue N.W.,
Washington, D.C. 20530-0001;

Honorable Wilfredo A. Ferrer,
United States Attorney,
99 N.E. 4th Street,
Miami, FL 33132;

Special Assistant United States Attorney,
c/o IRS Counsel (SBSE),
51 S.W. 1st Avenue,
P.O. Box 9,
Miami, FL 33130;

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully Submitted:

**Robert Sanchez, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008
Fax. 305-512-9701

By: /s/ Robert Sanchez
    [X]Robert Sanchez, Esq., FBN#0442161