

**ORDERED in the Southern District of Florida on January 22, 2016.**

_A. Jay Cristol_
**A. Jay Cristol, Judge
United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

In re: Arpad Butka                              Case No. 15-23098-AJC
      Caridad Butka                              Chapter 13
      Debtors      /

**ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM OF INTERNAL REVENUE SERVICE**

    This matter having been considered without hearing upon the Debtor's Objection to Claim[s] of Internal Revenue Service [DE #_46_], and the objector by submitting this form order having represented that the objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has filed, or served on the objector, a response to the objection, and that the relief to be granted in this order is the identical relief requested in the objection, and this court having considered the basis for the objection to the claim, it is

**ORDERED** that Debtor's objection[s] to the following claim[s] is [are] sustained:

| Claim holder | Claim No. | Disposition |
|---|---|---|
| *Internal Revenue Service* | *24* | *The claim shall be amended to reflect the proper liability, if any; or the claim is to be stricken.* |

###

**Submitted by:**
**Robert Sanchez, P.A.,**
**355 W 49 ST,**
**Hialeah, FL 33012**
**(305) 687-8008**

Robert Sanchez, P.A shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).