**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Arpad Butka                                    Case No. 15-23098-AJC

      Caridad Butka                                  Chapter 13

         Debtors                              /


**NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE 2083-1(B) CLAIMS REVIEW REQUIREMENT**

    The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1) ☒ No further action is necessary.

2) ☐ The following actions have been taken:

    ☐ The debtor has filed an objection to the proof of claim filed by _____.

    ☐ The debtor has filed a _____ amended plan or modified plan to provide for the proof of claim filed by _____.

    ☐ Other: _____
_____
_____.

    A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on  March 30, 2016  .


        Submitted by:
        **ROBERT SANCHEZ, P.A.**
        Attorney for Debtor
        355 W 49th Street
        Hialeah, FL 33013
        Tel. (305) 687-8008

        By:*/s/Robert Sanchez*_____
        Robert Sanchez, Esq., FBN#0442161

LF-76 (rev. 12/01/09)